

Donna U. Grodner

**DONNA GRODNER**
Serious Personal Injury Attorney

November 3, 2021
via mail

Clerk of Court, Calcasieu
H. Lynn Jones, II (07/04)
P.O. Box 1030
Lake Charles, LA 70602 - 1030

**RE:** Derrick Cotlong v. Sergeant Johnson; Sergeant Davis; and Sheriff Tony Mancuso, ex officio Calcasieu parish Sheriff (14th JDC)

Dear Sir/Madam:              2021-46996

Please find enclosed herewith the original and two (2) copies of the following for filing:

1.) Civil Cover Sheet and 2.) Petition For Damages/Use of Force

Please issue citation and service as directed below:

1.) SERGEANT JOHNSON; SERGEANT DAVIS; and SHERIFF WILLIAM EARL "TONY" MANCUSO, ex officio CALCASIEU PARISH DETENTION CENTER, personal where ever he may be found or at his office or on any persons of suitable age and discernment located at the Calcasieu Parish Sheriff's Office, 5400 East Broad Street, Lake Charles, LA 70615

Please also find Petition to proceed pauper. Please return a conformed copy. 12/30/21

We ask that your please provide Notice of all Hearings, Orders and Judgments by mail to all counsels for (plaintiffs and defendants in case). Please return a stamped copy to us showing the date of filing in the self-addressed, envelope provided.

Sincerely,

Donna U. Grodner

enclosure

Filing Date: 11/08/2021 12:00 AM   Page Count: 1
Case Number: 2021-004699
Document Name: LETTER

**Grodner Law Firm**
2223 Quail Run Drive, Suite B   Baton Rouge, LA 70808   T: 225.769.1919   F: 225.769.1997
Toll Free: 866.769.1845   W: www.grodnerlaw.com

| | |
|---|---|
| DERRICK COTLONG 2021-4699 | CIVIL ACTION NO: SCANNED |
| | 14TH JUDICIAL DISTRICT COURT |
| v. | JUDGE |
| SERGEANT JOHNSON; | |
| SERGEANT DAVIS; and | CALCASIEU PARISH |
| SHERIFF TONY MANCUSO, ex officio | |
| CALCASIEU PARISH SHERIFF | STATE OF LOUISIANA |

## PETITION FOR DAMAGES/USE OF FORCE

NOW INTO COURT, through undersigned counsel, comes Mr. DERRICK COTLONG, who respectfully represents that he has sustained compensable damages from use of force and injury while housed at the Calcasieu Parish Detention Center caused by the acts and omissions of Defendant(s) herein, or for which Defendant(s) is/are legally responsible, as follows:

**1.**

**VENUE**

Venue is proper in this jurisdiction under La. R.S. 15:1184 (F) DERRICK COTLONG was housed at the Calcasieu Parish Detention Center at the time of the injury.

**2.**

**JURISDICTION**

Exhaustion of administrative procedures are not necessary to bring tort claims. Any exhaustion requirement bring this action is unconstitutional. <u>Pope v. State</u>, 792 So. 2d 713 (La. 2001). To the extent any administrative remedy may be required, the Plaintiff initiated the procedure with three (3) ARPs on November 3, 2020, and properly submitted the forms, but he has not been provided with notice of finality of the review and the deadline to do so has run.

**3.**

<u>Parties</u>

**PLAINTIFF:**

**DERRICK COTLONG** 0000002214 is a major who during material times herein was incarcerated in the CALCASIEU PARISH DETENTION CENTER, and who was an inmate at that facility where he sustained injuries, but who is now housed at the Catahoula Correctional Center.

**4.**

**DEFENDANT(S)**

**SHERIFF WILLIAM EARL TONY MANCUSO**, ex officio CALCASIEU PARISH DETENTION CENTER, a resident of the full age of majority domiciled in the Parish of Calcasieu, State of Louisiana, who was acting under color of state law and amendable to service of process through Sheriff TONY MANCUSO personal where ever he may be found or at his office or on any persons of suitable age and discernment located at the

Calcasieu Parish Sheriff's Office, 5400 East Broad Street, Lake Charles, LA 70615.

**SERGEANT JOHNSON**, is a major, who is sued individually and who is/was a correctional officer employed at the Calcasieu Parish Detention Center, and who is amenable to service of process personal or on any employee of suitable age and discernment located at Calcasieu Parish Sheriff's Office, 5400 East Broad Street, Lake Charles, LA 70615

**SERGEANT DAVIS**, is a major, who is sued individually and who is/was a correctional officer employed at the Calcasieu Parish Detention Center, and who is amenable to service of process personal or on any employee of suitable age and discernment located at Calcasieu Parish Detention Center, 5400 East Broad Street, Lake Charles, LA 70615.

5.

## GENERAL ALLEGATIONS

On October 30, 2020, the Calcasieu Parish Detention Center was operated by Sheriff William Earl TONY MANCUSO and his warden who was the immediate supervisor of the guards/correctional officers.

6.

On October 30, 2020, DERRICK COTLONG was housed at Cell 8 Isolation under the care and supervision of Sergeants Davis and Johnson.

7.

On October 30, 2020, Sgt. JOHNSON and Sgt. DAVIS were employees and in the course and scope of their employment and at all times acting under color of state law.

8.

On October 30, 2020, DERRICK COTLONG was assigned to Cell 8, where he was experiencing severe pain in his stomach and blood in his urine and bowel, but was unable to obtain the attention of any corrections employee to summons medical attention.

9.

In an attempt to obtain medical treatment, DERRICK COTLONG then placed a cover over the cell camera to get the attention of a guard so that he could receive medical attention. He was ordered to take the tissue off of the camera and before he could do so, he was told that he "signed a death wish" and he was sprayed with chemical and tazed. The correctional officers came into Cell 8 with the intention to kill DERRICK COTLONG making verbal threats to do so.

10.

DERRICK COTLONG had been calling for medical attention since he arrived at

CPDC on October 27, 2020. He called his daughter and asked her to please call EMT Ambulance for his pre-existing conditions, but CPDC staff ordered them away and told him to stay off the phone with his daughter.

11.

He did not receive and was not allowed medical attention for his sever abdominal pain and blood in his urine and bowel movement..

12.

On October 30, 2020, after entering the cell, Sergeants Johnson and Davis sprayed DERRICK COTLONG with a chemical agent and the shot him with a tazer and stuck him with a hand held tazer. They then placed DERRICK COTLONG in restraints and punched and kicked DERRICK COTLONG about his head, face and back until a black nurse told them "that's enough!" DERRICK COTLONG was in full restraints during the beating.

13.

During the beating, these defendants and other correctional officers were calling DERRICK COTLONG names such as "stupid nigger" and otherwise cursing him.

14.

After that beating, these Defendants then took DERRICK COTLONG into the shower to wash the chemical from his face, but they had fractured his face and right hand and caused a pinched nerve in his back and left shoulder. He was in severe pain from the beating and tazer and chemical weapon and could hardly move his arms and body. He was ordered to get up off the ground, but he was in severe pain and scared and needed medical assistance. Officer Johnson did not call medical and again shot DERRICK COTLONG with a Tazer and Davis again sprayed him with a chemical weapon in the face and genital area.

15.

Sergeant Johnson and another officer then began to shoot DERRICK COTLONG with the Tazer and other officers stomped and choked him in the shower saying that "today is your death date." The officers wee laughing and continued to choke DERRICK COTLONG and assault him.

16.

DERRICK COTLONG was not given an opportunity to wash the chemical from his body until November 3, 2020. He asked every shift to take photos of his injuries. He has been shot in the eye multiple times with the taxer while in restraints in the shower. He had knots on his head, two black eyes, a fractured right hand, fractured jaw, busted mouth, pain in his lower back, neck, eye, knees and other physical injuries.

17.

He asked every shift to call the EMT, but they refused. He asked fro internal affairs and the officers laughed that suggestion off.

18.

DERRICK COTLONG continues to suffer with insomnia, nightmares and he is unable to see clearly out of his left eye and he is unable to use his right hand. He had large knots on his head and had headaches and was urinating blood. He is losing his eyesight and suffering with pain, severe depression and fear and has other injuries.

19.

Defendants exhibited and acted in a manner that was in negligent disregard or ignorance when they had a duty to protect inmates and to provide a safe palce to reside.

20.

The correctional officers were **inadequately trained** in how to deal with an inmate when conducting a shake down The inadequate training demonstrates a negligent indifference on the part of the employer towards persons with whom the correctional officers come into contact, and there is a direct causal link between the injury and the inadequate training.

21.

The actions/inactions of the Defendant has caused DERRICK COTLONG severe disability, emotional distress, mental anguish, severe and permanent humiliation, embarrassment, loss of future wages, and extreme pain and suffering and physical injury.

22.

Pursuant to La. R.S. 15:701, et seq. the Sheriff is the keeper of the Jail.

23.

Failure of the Sheriff to maintain the Jail in accordance with "Basic Jail Guidelines" was in negligent indifference to the persons housed at the Jail.

24.

Pursuant to La. R.S. 15:838 (A)(1) each offender has a right to be treated in a humane manner.

25.

The Constitution, statutes, rules and regulations enacted to protect inmates were disregarded.

26.

La. R.S. 15:829, which allows the Secretary of the Louisiana Department of Public Safety and Corrections to enact rules and regulations governing inmates and guards,

4

provides that corporal punishment of inmates is forbidden. See also, LAC 22:3309 (B) and see Department Regulation No. c-02-006 (6)(b)(c)(d).

> A. The secretary of the Department of Public safety and Corrections shall prescribe rules and regulations for the maintenance of good order and discipline for inmates sentenced to the legal custody of the department whether housed in local or state facilities, which rules and regulations shall include procedures for dealing with violations thereof. A copy of such rules and regulations shall be furnished each inmate. **Corporal punishment is prohibited.**

27.

Violation of a state statute evidences unreasonable conduct and a breach of the standard of care..

28.

In the alternative, the Defendant has similarly attacked other prisoners.

29.

In the alternative, whether the guard or other guards may have committed the same acts on other inmates is unknown at this time, but where same may be shown, or where ratification of the actions of guards may be shown, or violation of or failure to implement any applicable policies or procedures, there may be other persons at fault where same constitutes a deliberate indifference to the constitutional rights of a detainee. All rights are reserved herein to name additional defendants pending discovery.

30.

It was unreasonable for Defendant(s) to use force on Plaintiff when he was not resisting and when he was no longer resisting or attempting to flee or, otherwise, commit any crime.

31.

Use of force was unnecessary and excessive to any need and/or there was no need for use of force under the 8th Amendments and the circumstances presented.

32.

The Defendant acted in a manner that was in wanton or reckless disregard or with malice or willfulness to cause injury and violate constitutional rights.

33.

Violating inmates rights and failure to follow rules and regulations implemented for the protection of inmates constitutes deliberate indifference.

34.

The following claims for relief are pled collectively and in the alternative.

35.

## FIRST CLAIM FOR RELIEF

### SECTION 1983 VIOLATION OF CIVIL RIGHTS

Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

Under the color of State and local law, Defendants violated the Plaintiff's 8th Amendment right to be free from use of unnecessary and/or excessive force, corporal punishment and cruel and unusual punishment while being incarcerated by the Defendant.

36.

Guards are prohibited by state law from using corporal punishment on prisoners. La. R.S. 15:829.

37.

Use of corporal punishment was prohibited and/or force was unnecessary and/or excessive to any need and/or there was no need for use of force under the 4th or 8th Amendment and the circumstances presented.

38.

The Defendant violated multiple state laws and rules and regulations concerning the treatment of inmates.

39.

The conduct of the Defendant was extreme and outrageous.

40.

Defendant acted in a manner that was in wanton or reckless disregard or with malice or willfulness to cause injury and violate constitutional rights.

41.

## SECOND CLAIM FOR RELIEF COSTS AND ATTORNEY FEES

Plaintiff seeks relief in the form of attorney's fees and cost pursuant to 42 USC § 1988 and punitive damages pursuant to 42 USC § 1983.

42.

## THIRD CLAIM FOR RELIEF

### NEGLIGENCE

In the alternative, the DEFENDANT knew or should have known that firing tazers and striking an inmate was a battery under state law that could cause injury.

43.

Plaintiff seeks relief under La. C.C. arts. 2315 of the Louisiana Civil Code, which injuries were occasioned by the intentional and/or negligent acts and/or omissions of the

Defendant(s) herein, and article 2317 and, in the alternative, for intentional infliction of emotional distress.

### 44.

### FOURTH CLAIM FOR RELIEF

### RESPONDEAT SUPERIOR

An employer is liable pursuant to *respondeat superior* for the tortious acts committed against third parties by its employees during the course and scope of employment and while under its control, direction and supervision pursuant to La. C.C. arts. 2317 and 2320.

### 45.

### DAMAGES

Plaintiff, itemizes his damages including but not limited to the following:

a. Bodily injuries, pain and suffering - past, present and future;

b. Mental anguish and distress - past, present and future;

c. Medical and pharmaceutical expenses - past, present, and future;

d. Apprehension of insufficient medical attention to injury;

e. Permanent impairment and disability;

f. Fear and fright; embarrassment, humiliation, and aggravation;

g. Continual pain and suffering in an amount proper in the premise.

WHEREFORE Plaintiff prays that Defendants be cited to appear and answer; that plaintiffs be properly noticed of all hearings and dates; and that, after due proceedings herein, the defendant(s) be cast in judgment unto Plaintiff for damages, cost, interest from date of demand, and attorney fees as may be allowed by law.

Respectfully submitted:

Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

SERVICE INFORMATION

CLERK PLEASE ISSUE CITATION AND SERVE:

SERGEANT JOHNSON;
**SERGEANT DAVIS; and**
SHERIFF WILLIAM EARL TONY MANCUSO, ex officio CALCASIEU PARISH DETENTION CENTER, personal where ever he may be found or at his office or on any persons of suitable age and discernment located at the
Calcasieu Parish Sheriff's Office, 5400 East Broad Street, Lake Charles, LA 70615

## STATEMENT OF ACCOUNT
### (Certified Institutional Equivalent)

I hereby certify that **Derrick Coffong**, inmate number **549161**, the plaintiff herein has the following sums of money on account to his credit at **Catahoula Correctional Center**, the institution where he is confined:

Prison Drawing Account: $ **444.78**

Prison Savings Account: $ **N/A**

    A.   Cash **N/A**

    B.   Bonds **N/A**

FILED **Nov. 15, 2021**

*[signature]*
Deputy Clerk of Court
Calcasieu Parish, Louisiana

I further certify that the average monthly deposits for the preceding six months is $ **99.82**.

    (The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.)

I further certify that the average monthly balance for the prior six months is $ **850.67**.

    (The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)

**09/29/2021**
Date Certified

*[signature] Melanie _____*
Signature of Authorized Officer of Institution

Booking Date: **12/15/2020**

APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** Derrick Whing vs Sgt Johnson

**Court:** 14/JDC   **Docket Number:** 2021-4699 G

**Parish of Filing:** Calcasieu   **Filing Date:** 11-8-21

**Name of Lead Petitioner's Attorney:** _____

Gradner & Associates, A.P.L.C.
Attorneys at Law
2223 Quail Run, Suite B
Baton Rouge, LA 70808

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1   **Number of named defendants:** 3

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- __ Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence

- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- ✓ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**Please briefly describe** the nature of the litigation in one sentence of additional detail:

Use of Force - Inmate

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Gradner & Associates, A.P.L.C.   **Signature** _____
Attorneys at Law
**Address** 2223 Quail Run, Suite B
Baton Rouge, LA 70808

**Phone number:** 225-769-7919   **E-mail address:** dgradner@gradnerlaw.com

Derrick Cotton

v.

Sgt Johnson

CIVIL ACTION NO: _____ DIV. ____

14th JUDICIAL DISTRICT

Calcasieu PARISH

STATE OF LOUISIANA

FILED: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

Peupert Wyatt

BEFORE ME, the undersigned notary public came the undersigned, who did depose and state that he/she does not have sufficient funds to advance court costs and is unable to pay costs of court, in advance or as they accrue, or to furnish security for the cost.

COMPLETE THE BELOW FACTS WITH INFORMATION ON PLAINTIFF

FACTS CONCERNING MOVER

Full Name: Derrick J. Cotton

Address: 499 Old Columbia Rd. Harrisonburg, La 71340 (Catahoula Parish Jail)

Telephone: (Home) ▮▮▮▮▮ (Work) _____

Date of Birth: ▮▮▮▮▮ Social Security Number: ▮▮▮ - ▮▮▮▮

Place of Birth: (City) Lake Charles (State) LA

Marital Status: ____ Single ____ Married ____ Separated ✓ Divorced

Furnish the following information if you are presently employed:

Name of Employer: Cottongs Trucking LLC (Self-Employed)

Address: Not Employed (Incarcerated since 10-27-2020)

Telephone: N/A  Length of Employment: 0 yrs

Wages: Weekly: 0  Monthly: 0

If married and living with spouse:

Spouse's name: Divorced

Are you buying your home? ____ Yes  ✓ No

Address: _____

Value of Home: $ _____ Balance Owed: $ _____

Do you own or have an interest in any other land? ____ Yes ✓ No

If answer was yes, state the nature of the property and its value: _____

Do you own or have an interest in any of the following:

a) Automobile    Yes ____    No ✓    Value:$ ____
b) Mobile Home   Yes ____    No ✓    Value: ____
c) Boat          Yes ____    No ✓    Value: ____
d) Livestock     Yes ____    No ✓    Value: ____
e) Machinery     Yes ____    No ✓    Value: ____
f) Stocks        Yes ____    No ✓    Value: ____
g) Bonds         Yes ____    No ✓    Value: ____
h) Certificates of Deposit  Yes ____    No ✓    Value: ____
i) Bank Accounts Yes ____    No ✓    Value: ____
j) Savings Accounts Yes ____ No ✓    Value: ____

Is anyone dependent upon you for Support? __yes__

If you answer is yes, state their names, ages and relationship ~~[redacted]~~

List any debts you may have:

| Creditor | Amount Owed |
|---|---|
| Southwest Louisiana Credit Union | $13,000.00 |
| CSE Federal Credit Union | $73,000.00 |
| Tractor Supply | $6,000.00 |
| Child Support | $5,000.00 |

List your living expenses:

| | | |
|---|---|---|
| Rent: $ | Cable: $ | Car Note: $ |
| Lot Rent: $ | Garbage: $ | Car Insurance: $ |
| House Note: $ | Medical Insurance: $ | Transportation: $ |
| House Insurance: $ | Medical Expenses: $ | Food: $ |
| Gas: $ | Dental Expenses: $ | Barber/Beauty: $ |
| Electricity: $ | Prescriptions: $ | Entertainment: $ |
| Water: $ | Life Insurance: $ | Grooming Supplies: $ |
| Telephone: $ | Daycare: $ 600 Monthly | Garnishment: $ |
| Property Taxes: $ | Child Support: $ 449 Monthly | Other: $ |

Do you have any income or assets which are not shown above?

_____ Yes      __✓__ No

If yes explain fully:

_____
_____
_____

I certify that I am aware that it is a crime for which I could be sent to the penitentiary if I have intentionally given a false answer to any of the above. (R.S. 14:128)

Because of his/her poverty, he/she, wishes to file a motion with the court to proceed in forma pauperis in accordance with Louisiana Code of Civil Procedure 5181. et seq.

Derrick J. Cotlong
**PRINT NAME**

Derrick J. Cotlong
**SIGNATURE**

Sworn and subscribed before me at ~~Baton Rouge~~ Harrisonburg, Louisiana on October 11, 2021

_____          _____
**WITNESS**                      **Notary Public**
                                 Commissioned for life

_____
**WITNESS**

ERIC STOTT
EX-OFFICIO NOTARY ID # 134038
STATE OF LOUISIANA
CATAHOULA PARISH
My Commission Expires at Death

Derrick Collay

v.

Sgt. Johnson et al.

CIVIL ACTION NO: _____ DIV. ___

14th JUDICIAL DISTRICT

Calcasieu PARISH

STATE OF LOUISIANA

FILED: _____

## MOTION TO PROCEED IN FORMA PAUPERIS

On motion of Derrick J Cotlong, through undersigned counsel, on suggesting to the court that mover does not have sufficient funds to advance court costs and is unable to pay the costs of court because of mover's poverty and lack of means, mover wishes to exercise the privilege granted pursuant to Louisiana Code of Civil Procedure Art 5181, and applies to this court for permission to proceed in forma pauperis.

In support, mover has attached an affidavit verifying mover's poverty and lack of means, as well as the affidavit of a third person, having personal knowledge of mover and mover's financial condition, verifying that mover is unable to pay the costs of court, in advance or as they accrue, or to furnish security for the costs.

### ORDER

Considering the preceding motion, it is ordered that mover be permitted to litigate, or to continue the litigation of, the action or proceeding, without the payment of costs, in advance or as they accrue, or furnishing security for the costs.

Order signed at Lake Charles, Louisiana on 19th day of November 2021.

_____
Judge

Respectfully submitted,

_____
Donna U. Grodner #20840

Grodner Law Firm
2223 Quail Run Drive Suite B-1
Baton Rouge, LA 70808
Phone: 225/769-1919
Fax: 225-769-1997

Filing Date: 11/08/2021 12:00 AM
Case Number: 2021-004699
Document Name: ORDER
Page Count: 1

| | Citation | |
|---|---|---|
| DERRICK COTLONG<br>VS.  2021-004699<br>SERGEANT JOHNSON |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: TONY MANCUSO      Personally    PAUPER
SHERIFF WILLIAM EARL TONY
MANCUSO, EX OFFICIO
CALCASIEU PARISH DETENSION
CENTER, PERSONAL WHERE EVER
HE MAY BE FOUND OR AT HIS
OFFICE OR ON ANY PERSONS
OF SUITABLE AGE AND
DISCERNMENT LOCATED AT THE
CALCASIEU PARISH SHERIFF'S
OFFICE, 5400 EAST BROAD
STREET,
LAKE CHARLES, LA  70615

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of DERRICK COTLONG, (PETITION FOR DAMAGES/USE OF FORCE) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of November 2021.

Issued and delivered December 30, 2021

*Annette Borel*
Annette Borel

Deputy Clerk of Court

---
**SERVICE INFORMATION**

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE      $_____            BY:  _____
                                              Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.    P001


Filing Date: 12/30/2021 12:00 AM      Page Count: 1
Case Number: 2021-004699
Document Name: 1600 Citation

[ File Copy ]
CMS0085

Page 1 of 1

|  | Citation |  |
|---|---|---|
| DERRICK COTLONG |  | 14th Judicial District Court |
| VS.  2021-004699 | | State of Louisiana |
| SERGEANT JOHNSON | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: SERGENT DAVIS  **Personally**  PAUPER
CALCASIEU PARISH DETENTION
CENTER, CALCASIEU PARISH
SHERIFF'S OFFICE
5400 EAST BROAD STREET
LAKE CHARLES, LA 70615

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of DERRICK COTLONG, (PETITION FOR DAMAGES/USE OF FORCE) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of November 2021.

Issued and delivered December 30, 2021

*Annette Borel*
Annette Borel

Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

__PERSONAL SERVICE__ on the party herein named _____

__DOMICILIARY SERVICE__ on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE     $_____         BY: _____
                                          Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.   P001

Filing Date: 12/30/2021 12:00 AM    Page Count: 1
Case Number: 2021-004699
Document Name: 1600 Citation

[ File Copy ]
CMS0085

Page 1 of 1

|  | Citation |  |
|---|---|---|
| DERRICK COTLONG |  | 14th Judicial District Court |
| VS. 2021-004699 | | State of Louisiana |
| SERGEANT JOHNSON | | Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: SERGENT JOHNSON          PAUPER
      Personally
    CALCASIEU PARISH DETENTION
    CENTER, CALCASIEU PARISH
    SHERIFF'S OFFICE
    5400 EAST BROAD STREET
    LAKE CHARLES, LA 70615

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of DERRICK COTLONG, (PETITION FOR DAMAGES/USE OF FORCE) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of November 2021.

Issued and delivered December 30, 2021

*Annette Borel*
Annette Borel

Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

<u>PERSONAL SERVICE</u> on the party herein named _____

<u>DOMICILIARY SERVICE</u> on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20_____

SERVICE    $_____    BY: _____
                                                 Deputy Sheriff
MILEAGE    $_____

TOTAL $_____

Party No.    P001

---

C M S 7 8 0 9 3 3 3
Filing Date: 12/30/2021 03:01 PM    Page Count: 1
Case Number: 2021-004699
Document Name: 1600 Citation

[ File Copy ]
CMS0085

Page 1 of 1

|  | Citation |  |
|---|---|---|
| DERRICK COTLONG<br>VS.    2021-004699<br>SERGEANT JOHNSON |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:  TONY MANCUSO    Personally    PAUPER
SHERIFF WILLIAM EARL TONY MANCUSO, EX OFFICIO CALCASIEU PARISH DETENSION CENTER, PERSONAL WHERE EVER HE MAY BE FOUND OR AT HIS OFFICE OR ON ANY PERSONS OF SUITABLE AGE AND DISCERNMENT LOCATED AT THE CALCASIEU PARISH SHERIFF'S OFFICE, 5400 EAST BROAD STREET,
LAKE CHARLES, LA 70615

FILED JAN 1 0 2022
Julie Lena
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of DERRICK COTLONG, (PETITION FOR DAMAGES/USE OF FORCE) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of November 2021.

Issued and delivered December 30, 2021

Annette Borel
Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

| SERVICE | Suit: 1-2021-004699 | by. |
|---|---|---|
| MILEAG | SHRF TONY MANCUSO<br>5400 E BROAD STREET<br>LC LA 70815 | Cost:  33.36 |
| TOTAL | Person Served: SHRF TONY MANCUSO<br>Received: 01/03/2022   Served: 01/04/2022 10:11am | |
| Party No | Deputy: CHESSON   Miles: 6.00   Type: DEPARTMENTAL | |

SCANNED
JAN 1 0 2022

Filing Date: 12/30/2021 12:00 AM   Page Count: 1
Case Number: 2021-004699
Document Name: 1600 Citation

[Original Copy]
CMS0085

Page 1 of 1

| DERRICK COTLONG<br>VS. 2021-004699<br>SERGEANT JOHNSON | Citation  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |
|---|---|---|

THE STATE OF LOUISIANA

TO: SERGENT JOHNSON     PAUPER
      Personally
      CALCASIEU PARISH DETENTION
      CENTER, CALCASIEU PARISH
      SHERIFF'S OFFICE
      5400 EAST BROAD STREET
      LAKE CHARLES, LA 70615

FILED JAN 10 2022

Deputy Clerk of Court
Calcasieu Parish, Louisiana

Parish of Calcasieu, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of DERRICK COTLONG, (PETITION FOR DAMAGES/USE OF FORCE) against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 8th day of November 2021.

Issued and delivered December 30, 2021

Annette Borel

Deputy Clerk of Court

---

**SERVICE INFORMATION**

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

**PERSONAL SERVICE** on the party herein named _____

**DOMICILIARY SERVICE** on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE    $_____     BY: _____
                                        Deputy Sheriff

MILEAGE    $_____

TOTAL $_____

Party No.    P001

Suit: 1-2021-004699      Cost: 33.36
SERGENT JOHNSON
5400 E BROAD ST
LC LA 70615
Person Served: SERGENT LEONARD JOHNSON
Received: 01/03/2022   Served: 01/05/2022 9:15am
Deputy: CHESSON    Miles: 6.00   Type: PERSONAL

SCANNED
JAN 10 2022

Filing Date: 12/30/2021 03:01 PM    Page Count: 1
Case Number: 2021-004699
Document Name: 1600 Citation

[Original Copy]
CMS0085

Page 1 of 1